UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE WOODS**, | **2:23-CV-11970-TGB-APP** |
| Plaintiff, | HON. TERRENCE G. BERG |
| vs. | |
| **FREDERICK C WILLIAMS**, | **ORDER GRANTING DEFAULT JUDGMENT** |
| Defendant. | **(ECF NO. 8)** |

Plaintiff Michelle Woods filed a Complaint on August 8, 2023 to recover damages against Defendant, Frederick C Williams for violations of the Computer Fraud and Abuse Act and the Stored Communications Act, as well as a claim for Common Law and Statutory Conversion. ECF No. 1. Defendant Frederick C Williams was personally served with a copy of the Summons and Complaint. ECF No. 3. Nevertheless, Defendant failed to appear and/or file an answer or otherwise responsive pleadings to the Complaint; and the Clerk of the Court therefore entered a default against Defendant. ECF No. 5.

Plaintiff then filed a Motion for Entry of Default Judgment, which was also served via certified mail upon Defendant at his residence. ECF No. 8. To verify Plaintiff's efforts to ensure that Defendant had proper notice of this lawsuit, the Court held a hearing on the Motion on December 15, 2023. Defendant failed to appear, but based on the representations of Plaintiff's counsel, the Court has been fully advised

and satisfied that Defendant received notice of the case but nevertheless failed to respond and is properly in default.

**WHEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment is entered in favor of Plaintiff and against Defendant on all of Plaintiff's claims, including her claim for Conversion pursuant to MCL § 600.2919a, in the total amount of $313,452.00.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes the case.

**IT IS SO ORDERED.**

Dated: December 19, 2023          /s/Terrence G. Berg
                                  HON. TERRENCE G. BERG
                                  UNITED STATES DISTRICT JUDGE