UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHELLE WOODS**, <br><br> Plaintiff, <br><br> vs. <br><br> **FREDERICK C WILLIAMS**, <br><br> Defendant. | 2:23-CV-11970-TGB-APP <br><br> **DEFAULT JUDGMENT** |

In accordance with the Order issued on December 19, 2023, granting the Motion for Default Judgment, judgment in the amount of $313,452.00 is entered in favor of Plaintiff and against Defendant. It is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  December 19, 2023

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1